```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF KANSAS
```

**ERIC GRIFFIN,**

                **Petitioner,**

        v.                            **CASE NO. 11-3064-RDR**

**FNU LNU (1) Regional
Director of the Board
of Prisons, et al.,**

                **Respondents.**

## O R D E R

This action was dismissed and all relief was denied by Order entered May 13, 2011.[1] Petitioner has now filed a Notice of Appeal (Doc. 9) and a Motion for Leave to Appeal in forma pauperis (Doc. 12). Having considered these materials together with the file, the court finds the motion should be denied.

Petitioner has filed his motion to proceed in forma pauperis on appeal not upon forms as required by the local rules of this court and without including the financial information that has long been required by federal statute. The court denies the motion based upon the information currently before it, for the reason that Mr. Griffin has not demonstrated the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.

**IT IS THEREFORE ORDERED** that petitioner's Motion to Proceed in forma pauperis on Appeal (Doc. 12) is denied.

**IT IS SO ORDERED.**

---

[1] Mr. Griffin was mailed a copy of the Order dismissing this action on May 13, 2011. However, that mail was returned, marked "Return to Sender/Not at the Address" and pursuant to FBOP/www.bop.gov, Mr. Griffin was "in transit" at this time. Mr. Griffin did not notify this court of his change of address until over a month later on June 24, 2011. It was plaintiff's responsibility to immediately apprise the court of any change of address.

**DATED:  This 21st day of July, 2011, at Topeka, Kansas.**

>                             s/RICHARD D. ROGERS
>                             United States District Judge

2